```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DHARMENDRA HIRAWAT and SAVITA HIRAWAT,

                Plaintiffs,

-against-

THE CINCINNATI INSURANCE COMPANY,

                Defendant.

1:21-cv-04493 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Parties were directed to submit documents in anticipation of the Status Conference in this case one week in advance of the conference. [ECF No. 12]. No documents were filed by September 30, 2021.

    Accordingly, IT IS HEREBY ORDERED that the Status Conference scheduled for October 6, 2021 at 10:30am is adjourned to October 13, 2021 at 10:30am. Parties are admonished to comply with the Court's Individual Rules and must submit a joint letter and proposed case management plan one week in advance of the Initial Pre-Trial Conference. The Parties should further explain why they failed to comply with the Court's order. Failure to comply with this Order may result in sanctions, including preclusion of a claim or defense, or dismissal of this action.

**SO ORDERED.**

Date: October 1, 2021
       New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**